IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| DANCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KISSLER & CO, INC., <br><br> Defendant. | Civil Action No.: 2:23-cv-2192-SDW-CLW |

## NOTICE OF DISMISSAL

Plaintiff Danco, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby give notice that all claims asserted by Plaintiff against Defendant Kissler & Co., Inc. in this action are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) and the parties' Settlement Agreement executed July 14, 2023.

Respectfully submitted,

BY: /s/ John H. Choi
John H. Choi
**JOHN H. CHOI & ASSOCIATES LLC**
65 Challenger Road, Suite 100
Ridgefield Park, NJ 07660
Telephone: (201) 580-6600
Email: jchoi@jchoilaw.com

Of counsel:

Eric G. Maurer (GA Bar # 478199)
Cynthia J. Lee (GA Bar # 442999)
**THOMAS | HORSTEMEYER, LLP**
3200 Windy Hill Road, Suite 1600E
Atlanta, Georgia 30339
Telephone: 770-933-9500

1

        Email: e.maurer@thip.law
        Email: c.lee@thip.law

*Counsel For Plaintiff Danco, Inc.*

**IT IS SO ORDERED**, this ___ day of July, 2023.

_____
Hon. Susan D. Wigenton
U.S. District Judge